UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RAYDEAN WILSON,

    Plaintiff,

v.                                              Civil Action No. 08-0359

THE UNITED STATES, *et al.*,

    Defendants.

## MEMORANDUM OPINION

This matter comes before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application, and dismiss the complaint.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint fails to accomplish the basic purpose of Rule 8(a). He appears to accuse the defendants of first degree murder and of robbing him. As drafted, the Court cannot determine what claim or claims plaintiff brings against which defendant. Nor can the Court determine the relief plaintiff seeks.

Accordingly, the complaint will be dismissed without prejudice for failure to comply with Fed. R. Civ. P. 8(a). An Order consistent with this Memorandum Opinion will be issued

separately on this date.

_____
United States District Judge

DATE:
2/15/08