**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RAYDEAN WILSON,              :
                            :
        Plaintiff,           :
                            :
    v.                       :        Civil Action No.  08 0359
                            :
THE UNITED STATES, *et al.*, :
                            :
        Defendants.          :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the complaint is DISMISSED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: 2/12/08

N

4